UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON T. MATHIS,<br><br>                 Petitioner,<br>    v.<br>WARDEN, N.N.C.C., et al.,<br><br>                 Respondents. | Case No. 3:22-cv-00091-ART-CLB<br><br>ORDER |

      This Court screened *pro se* Petitioner Jason T. Mathis's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF Nos. 6, 8.) In the August 2, 2022, screening order, this Court directed the Clerk of Court to electronically serve respondents' counsel a copy of the petition (ECF No. 6) and the screening order (ECF No. 8.) However, the Clerk of Court was not instructed to electronically provide respondents' counsel with the remainder of the docket.

      It is therefore ordered that the Clerk of Court is instructed to electronically provide respondents' counsel copies of all items previously filed in this case (ECF Nos. 1, 2, 3, 4, 5, 7) by regenerating the Notices of Electronic Filing.

      DATED THIS 12th day of August 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1