UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON T. MATHIS,<br><br>　　　　　　　Petitioner,<br>　v.<br>WARDEN, N.N.C.C., et al.,<br><br>　　　　　　　Respondents. | Case No. 3:22-cv-00091-ART-CLB<br><br>ORDER |

　　　Petitioner Jason T. Mathis having filed an unopposed motion for extension of time (first request) (ECF No. 16), and good cause appearing;

　　　It is therefore ordered that Petitioner's unopposed motion for extension of time (first request) (ECF No. 16) is granted. Petitioner will have up to and including May 18, 2023, to file his amended petition.

　　　DATED THIS 22nd day of February 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1