UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON T. MATHIS,<br><br>                      Petitioner,<br>   v.<br><br>WARDEN, N.N.C.C., et al.,<br><br>                      Respondents. | Case No. 3:22-cv-00091-ART-CLB<br><br>ORDER |

      Petitioner Jason T. Mathis having filed an unopposed motion for extension of time (second request) (ECF No. 20), and good cause appearing;

      It is therefore ordered that Petitioner's unopposed motion for extension of time (second request) (ECF No. 20) is granted. Petitioner will have up to and including July 17, 2023, to file his amended petition.

      DATED THIS 23rd day of May 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1