UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON T. MATHIS,<br><br>　　　　　　　　Petitioner,<br>　v.<br>WARDEN, N.N.C.C., et al.,<br><br>　　　　　　　　Respondents. | Case No. 3:22-cv-00091-ART-CLB<br><br>ORDER |

　　　Petitioner Jason T. Mathis having filed an unopposed motion for extension of time (third request) (ECF No. 22), and good cause appearing;

　　　It is therefore ordered that Petitioner's unopposed motion for extension of time (third request) (ECF No. 22) is granted. Petitioner will have up to and including August 31, 2023, to file his amended petition.

　　　DATED THIS 21st day of July 2023.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1