UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON T. MATHIS,<br><br>　　　　　　Petitioner,<br>　v.<br>WARDEN, N.N.C.C., et al.,<br><br>　　　　　　Respondents. | Case No. 3:22-cv-00091-ART-CLB<br><br>ORDER |

　　　Petitioner Jason T. Mathis having filed an unopposed motion for extension of time (fourth request) (ECF No. 24), and good cause appearing;

　　　It is therefore ordered that Petitioner's unopposed motion for extension of time (fourth request) (ECF No. 24) is granted. Petitioner will have up to and including October 2, 2023, to file his amended petition.

　　　DATED THIS 12th day of September 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1