UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON T. MATHIS, | Case No. 3:22-cv-00091-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| WARDEN, N.N.C.C., et al., | |
| Respondents. | |

Petitioner Jason T. Mathis having filed an unopposed motion for extension of time (fifth request) (ECF No. 26), and good cause appearing;

It is therefore ordered that Petitioner's unopposed motion for extension of time (fifth request) (ECF No. 26) is granted. Petitioner will have up to and including October 13, 2023, to file his amended petition.

DATED THIS 10 day of October 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1