UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON T. MATHIS,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>WARDEN, N.N.C.C., et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 3:22-cv-00091-ART-CLB<br><br>ORDER |

Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 31), and good cause appearing;

It is therefore ordered that Respondents' unopposed motion for extension of time (first request) (ECF No. 31) is granted. Respondents will have up to and including November 16, 2023, to file their response to the motion for discovery.

DATED THIS 9th day of November 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1