UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON T. MATHIS, | Case No. 3:22-cv-00091-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| WARDEN, N.N.C.C., et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 35), and good cause appearing;[1]

It is therefore ordered that Respondents' unopposed motion for extension of time (first request) (ECF No. 35) is granted. Respondents will have up to and including February 12, 2024, to file their response to the first-amended petition.

DATED THIS 15th day of December 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

---

[1] Notably, Respondents' deadline to respond to the motion for discovery expired on November 30, 2023. (*See* ECF No. 34.) As such, this Court currently considers the motion for discovery to be unopposed.

1