UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON T. MATHIS,<br><br>                Petitioner,<br>  v.<br>WARDEN, N.N.C.C., et al.,<br><br>                Respondents. | Case No. 3:22-cv-00091-ART-CLB<br><br>ORDER |

On February 15, 2024, this Court granted Petitioner Jason T. Mathis's motion for discovery. (ECF No. 38.) This Court ordered Mathis to file a status report on the earlier of completion of discovery or within 90 days. (*Id.*) On May 15, 2024, Mathis timely filed a status report, explaining that discovery is still ongoing. (ECF No. 39.) This Court instructs Mathis to file another status report in 90 days to keep this Court informed of the discovery process.

It is therefore ordered that Mathis again file a status report on the earlier of completion of discovery or within 90 days of the date of this Order.

DATED THIS 31st day of May 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1