UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON T. MATHIS,<br><br>   Petitioner,<br>   v.<br>WARDEN, N.N.C.C., et al.,<br><br>   Respondents. | Case No. 3:22-cv-00091-ART-CLB<br><br>ORDER |

On February 15, 2024, this Court granted Petitioner Jason T. Mathis's motion for discovery. (ECF No. 38.) This Court ordered Mathis to file a status report on the earlier of completion of discovery or within 90 days. (*Id.*) On May 15, 2024, Mathis timely filed a status report, explaining that discovery is still ongoing. (ECF No. 39.) This Court instructed Mathis to file another status report in 90 days to keep this Court informed of the discovery process. (ECF No. 41.) On August 29, 2024, Mathis timely filed his second status report, again explaining that discovery is ongoing. (ECF No. 43.) Given the nature of the status report, this Court instructs Mathis to file a third status report on the earlier of completion of discovery or within 90 days of the date of this Order.

It is therefore ordered that Mathis file a third status report on the earlier of completion of discovery or within 90 days of the date of this Order.

Dated this 4th day of September 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1