1

2

3                    UNITED STATES DISTRICT COURT

4                          DISTRICT OF NEVADA

5    JASON T. MATHIS,                        Case No. 3:22-cv-00091-ART-CLB

                              Petitioner,              ORDER
6         v.

7    WARDEN, N.N.C.C., et al.,

8                            Respondents.

9

10         Counseled petitioner Jason T. Mathis having filed an unopposed motion for

11   extension of time (first request) (ECF No. 48), and good cause appearing;

12         It is therefore ordered that the unopposed motion for extension of time (first

13   request) (ECF No. 48) is granted. Mathis has up to and including January 13,

14   2025, to file his opposition to the motion to quash.

15

16         DATED THIS 22nd day of November 2024.

17

18   _____

19   ANNE R. TRAUM
     UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

                                         1