UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON T. MATHIS,<br><br>                Petitioner,<br>    v.<br>WARDEN, N.N.C.C., et al.,<br><br>                Respondents. | Case No. 3:22-cv-00091-ART-CLB<br><br>ORDER |

On February 15, 2024, this Court granted Petitioner Jason T. Mathis's motion for discovery. (ECF No. 38.) This Court ordered Mathis to file a status report on the earlier of completion of discovery or within 90 days. (*Id.*) On May 15, 2024, Mathis timely filed a status report, explaining that discovery is still ongoing. (ECF No. 39.) This Court instructed Mathis to file another status report in 90 days to keep this Court informed of the discovery process. (ECF No. 41.) On August 29, 2024, Mathis timely filed his second status report, again explaining that discovery is ongoing. (ECF No. 43.) Again, this Court instructed Mathis to file another status report in 90 days to keep this Court informed of the discovery process. (ECF No. 44.) On December 3, 2024, Mathis timely filed his third status report, yet again explaining that discovery is ongoing. (ECF No. 50.)

It is therefore ordered that Mathis file a fourth status report on the earlier of completion of discovery or within 90 days of the date of this Order.

Dated this 17th day of December, 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1