UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON T. MATHIS,<br><br>                Petitioner,<br>    v.<br>WARDEN, N.N.C.C., et al.,<br><br>                Respondents. | Case No. 3:22-cv-00091-ART-CLB<br><br>ORDER |

On February 15, 2024, this Court granted Petitioner Jason T. Mathis's motion for discovery. (ECF No. 38.) This Court ordered Mathis to file status reports to keep it apprised of the discovery process. (*Id.*) On May 15, 2024, August 29, 2025, December 3, 2024, and March 17, 2025, Mathis filed a first status report, a second status report, a third status report, and a fourth status report, respectively, explaining that discovery was still ongoing. (ECF Nos. 39, 43, 50, 53.) Mathis has now filed a fifth status report, explaining that discovery has concluded.

It is therefore ordered that Mathis has up to and including 60 days from the date of this Order to file his Second Amended Petition.

Dated this 27th day of June 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1