UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON T. MATHIS,<br><br>                 Petitioner,<br>   v.<br>WARDEN, N.N.C.C., et al.,<br><br>                Respondents. | Case No. 3:22-cv-00091-ART-CLB<br><br>EXTENSION ORDER |

      Before this Court is Respondents' unopposed motion for a 60-day extension of time to file their response to counseled petitioner Jason T. Mathis's second-amended petition. (ECF No. 64.) This is Respondents' first request for an extension of this deadline. The Court finds that good cause exists to grant the motion.

      It is therefore ordered that the unopposed motion for extension of time (ECF No. 64) is granted. Respondents have up to and including December 26, 2025, to file their response.

      DATED THIS 28th day of October 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1