UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON T. MATHIS, | Case No. 3:22-cv-00091-ART-CLB |
| Petitioner, | EXTENSION ORDER |
| v. | |
| WARDEN, N.N.C.C., et al., | |
| Respondents. | |

Before this Court is Respondents' unopposed motion for a 7-day extension of time to file their response to counseled petitioner Jason T. Mathis's second-amended petition. (ECF No. 84.) This is Respondents' second request for an extension of this deadline. The Court finds that good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 84) is granted. Respondents' Motion to Dismiss is therefore considered timely filed. (ECF No. 85.)

DATED THIS 12th day of January, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1