UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JASON T. MATHIS,

Petitioner,

v.

WARDEN, N.N.C.C., et al.,

Respondents.

Case No. 3:22-cv-00091-ART-CLB

EXTENSION ORDER

Before this Court is counseled petitioner Jason T. Mathis's unopposed motion for a 90-day extension of time to file his opposition to Respondents' motion to dismiss. (ECF No. 101.) This is Mathis's first request for an extension of this deadline. The Court finds that good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 101) is granted. Mathis has up to and including April 20, 2026, to file his opposition.

DATED THIS 10th day of February, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1