UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JASON MATHIS,

Petitioner,

v.

WARDEN NNCC,

Respondent.

Case No. 3:22-cv-00091-ART-CLB

ORDER GRANTING
MOTION FOR STAY

This habeas action comes before the Court on Respondent's motion to dismiss Petitioner Jason Mathis's counseled second amended petition. (ECF No. 85.) In lieu of opposing the motion to dismiss, Mathis moved for a stay, explaining that he filed a state habeas petition on April 20, 2026, to exhaust his unexhausted claims. (ECF No. 103.) Respondent filed a non-opposition to the motion for a stay. (ECF No. 104.)

To grant a stay, the Court must find that (1) there is good cause to excuse the petitioner's failure to previously exhaust his claims in state court, (2) the unexhausted claims are not plainly meritless, and (3) the petitioner has not engaged in intentionally dilatory litigation tactics. *Rhines v. Weber*, 544 U.S. 269, 277–28 (2005). Mathis argues that he meets the first prong because his *Brady* claim—ground 5 of his second amended petition—is based on newly discovered evidence. (ECF No. 103 at 5.) Because Mathis's *Brady* claim could not have been previously brought before the state court, the Court finds that good cause exists to excuse Mathis's failure to previously exhaust. The Court also finds that ground 5 is not plainly meritless and that Mathis has not engaged in intentionally dilatory litigation tactics.

It is therefore ordered that the motion for stay (ECF No. 103) is granted. Mathis must move to reopen this action within 45 days of the issuance of the remittitur by the Nevada Supreme Court at the conclusion of his state court

1

proceedings.

It is further ordered that the motion to dismiss (ECF No. 85) is denied without prejudice.

It is further kindly ordered that the Clerk of the Court stay and administratively close this action.

DATED THIS 8th day of May 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE